DV

FILED
7/30/2015 10:11:38 AM
Stan Stanart
County Clerk
Harris County

NO. 427,929

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 3:31:47 PM
CHRISTOPHER A. PRINE
Clerk

| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| DONALD H. WILLIAMS, | § | NUMBER THREE (3) |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE COURT:

Applicant, Tracy L. Dampier, hereby give notice of his desire to appeal the final judgment signed on or about May 7, 2015, by the Harris County Probate Court Number Three, in cause number 427,929, styled *In the Estate of Donald H. Williams, Deceased.*

Appeal is hereby taken to either the First or Fourteenth Courts of Appeals in Harris County, Texas.

This notice is filed by applicant, Tracy L. Dampier.

Dated: July 31, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
Email: thootman2000@yahoo.com

and

Gary E. Patterson
SBN 15590830
Eric C. Dowdy
SBN 24082929

1

1010 Lamar St, Ste 860
Houston, TX 77002
713.223.3095
713.223.2121 (f)

ATTORNEYS FOR APPLICANT
TRACY L. DAMPIER

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was sent to all counsel of record by electronic means in compliance with Rules of Civil Procedure.

Date: July 31, 2015

/s/Timothy A. Hootman
Timothy A. Hootman

2

## NO. 427,929

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN PROBATE COURT |
| | § | |
| DONALD H. WILLIAMS, | § | NUMBER THREE (3) OF |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

### ORDER ON HEIDI M. WILLIAMS AND CHERYL W. YEARND'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT

The Court, heard the Heidi M. Williams and Cheryl W. Yearnd's Traditional Motion for Summary Judgment. The Court after considering the same motion, and responses, and pleadings, finds that the Heidi M. Williams and Cheryl W. Yearnd's Traditional Motion for Summary Judgment should be granted.

IT IS THEREFORE ORDERED that the Heidi M. Williams and Cheryl W. Yearnd's Traditional Motion for Summary Judgment is GRANTED.

Costs of filing, this order, if any are hereby waived.

SIGNED this _7th_ day of _May_ 2015.


_____
JUDGE RORY R. OLSEN
PROBATE COURT NUMBER THREE

# STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### PROBATE COURTS DEPARTMENT

7TH day of AUGUST, 2015

CLERK OF THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT (CIVIL APPEAL)
301 FANNIN STREET
HOUSTON, TEXAS 77002

ESTATE OF: DONALD H. WILLIAMS, DECEASED
CAUSE NO.: 427,929

TRACY L. DAMPNER
APPELLANT

PROBATE COURT NO. THREE
HARRIS COUNTY, TEXAS

VS.

HEIDI MICHELLE WILLIAMS AND
CHERYL WILLIAMS YEARND
APPELLEE

ROBIN KULHANEK DAY
COURT REPORTER

**APPELLANT ATTORNEY OF RECORD**
NAME:               TIMOTHY A. HOOTMAN
ADDRESS:            2402 PEASE ST.
                    HOUSTON, TEXAS 77003
TELEPHONE#:               713-247-9548
FAX #               713-583-9523
EMAIL ADDRESS:      THOOTMAN2000@YAHOO.COM
TEXAS STATE BAR#:         09965450

**ATTORNEY OF RECORD FOR APPELLEE**
NAME:               KATHLEEN H. BOLL
ADDRESS:            3200 SOUTHWEST FREEWAY
                    34TH FLOOR
                    HOUSTON, TEXAS 77027
TELEPHONE#:               713-940-4500
FAX #               713-940-4545
EMAIL ADDRESS:      KBoll@HenkeLawFirm.com
TEXAS STATE BAR#:   00798431
DATE OF JUDGMENT: **MAY 7, 2015**
MOTION FOR NEW TRIAL FILED BY APPELLEE: **MAY 20, 2015**
CROSS-MOTION FOR JUDGMENT N.O.V. AND NEW TRIAL FILED: **N/A**
FINDINGS OF FACT AND CONCLUSION OF LAW FILED: **N.A.**
MOTION FOR MISTRIAL FILED: **N/A**
JURY TRIAL: **NO**
APPEALS CONSOLIDATED UNDER THIS CAUSE: **N/A**
COMPANION CASES: **N/A**
NOTICE OF APPEAL FILED ON: **JULY 30, 2015**

**4**

Sincerely,
STAN STANART,
Harris County Clerk

/S/ ALYSIAN L. RANDALL
ALYSIAN L. RANDALL, DEPUTY
Probate Courts Department
(713)755-6425

SS/ALR

PBT-2015-257638

**5**